**Order filed October 26, 2021**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-20-00123-CV**

_____

**MARCUS JACQUOT, Appellant**

**V.**

**MELODY COKER, Appellee**

---

**On Appeal from the 280th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-51429**

---

## ORDER

The appendices of appellant's re-filed brief and reply brief mention the name of a person who was a minor when the underlying suit was filed. *See* Tex. R. App. P. 9.9(a)(3). Accordingly, the briefs are again stricken.

Appellant is ordered to file briefs that comply with Texas Rule of Appellate Procedure 9.9 on or before November 5, 2021.

PER CURIAM

Panel Consists of Justices Jewell, Spain, and Wilson.